IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY D. PARTMAN<br>    a/k/a Goat | CR. No. 3:12-158-JFA<br><br>**ORDER<br>DISMISSING INDICTMENT** |

This matter comes before the Court on motion of the government to dismiss the indictment returned by the grand jury on February 22, 2012 in the above-captioned case.[1]  *See* Mot. Dismiss, ECF No. 55.

For good cause having been shown, and pursuant to Rule 48, Federal Rules of Criminal Procedure, the indictment in the above-captioned case is dismissed without prejudice.

    IT IS SO ORDERED.

November 20, 2012
Columbia, South Carolina

                      Joseph F. Anderson, Jr.
                      United States District Judge

---

[1] On September 19, 2012, the grand jury returned a multi-count Second Superseding Indictment against defendant Partman in Criminal Case No. 3:11-2063.  The present Order does not affect this Second Superseding Indictment.